FILED
Date: 09/01/23
CLERK, U.S. DISTRICT COURT
MIDDLE DISTRICT of FLORIDA
OCALA, FLORIDA

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

UNITED STATES OF AMERICA

v.

CASE NO. 5:23-cr-84-GAP-PRL
21 U.S.C. § 331(c)

REGINALD ODELL KINCER

## INFORMATION

The United States Attorney charges:

### COUNT ONE

On or about October 18, 2018, in the Middle District of Florida and elsewhere, the defendant,

**REGINALD ODELL KINCER,**

received in interstate commerce any drug, to wit: "Snovitra-20," "Vilitra 20," "Cenforce 100," "Vidalista 20," "Tadalafil Tablets 20," "Kamini Sildenafil Oral Jelly," "Kamagra Oral Jelly," and "Vardenafil," all intended to treat erectile dysfunction and affect the structure and function of the human body, that was misbranded within the meaning of 21 U.S.C. § 353(b)(1) and 21 U.S.C. § 352(f) and the delivery of the drug was for pay or otherwise.

In violation of 21 U.S.C. §§ 331(c) and 333(a)(1).

## FORFEITURE

1. All of the allegations contained above are hereby realleged and reincorporated by reference for the purpose of alleging forfeiture pursuant to 21 U.S.C. § 334 and 28 U.S.C. § 2461(c).

2. Upon conviction for the violation alleged in Count One, the defendant shall forfeit to the United States of America, pursuant to pursuant to 21 U.S.C. § 334 and 28 U.S.C. § 2461(c), any article of food, drug, or cosmetic that is adulterated or misbranded when introduced into or while in interstate commerce or while held for sale after shipment in interstate commerce.

3. The assets to be forfeited include, but are not limited to, approximately 1,881 pharmaceutical erectile dysfunction drugs seized at the execution of a search warrant of at the defendant's residence on October 18, 2018.

4. If any of the property described above, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property under the provisions of 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c).

ROGER B. HANDBERG
United States Attorney

By: *[signature]*
Hannah J. Nowalk
Assistant United States Attorney

By: *[signature]*
Robert E. Bodnar, Jr.
Assistant United States Attorney
Chief, Ocala Division