O 83 (Rev. 06/09) Summons in a Criminal Case (Page 2)

Case No. 5:23-cr-84-GAP-PRL

This second page contains personal identifiers and therefore should
not be filed in court with the summons unless under seal.
*(Not for Public Disclosure)*

## INFORMATION FOR SERVICE

Name of defendant/offender: Reginald Odell Kincer

Last known residence: 2506 Tamarind Grove Run, The Villages, Florida 32162

Usual place of abode *(if different from residence address)*: _____

If the defendant is an organization, name(s) and address(es) of officer(s) or agent(s) legally authorized to receive service of process: _____

If the defendant is an organization, last known address within the district or principal place of business elsewhere in the United States: _____

## PROOF OF SERVICE

This summons was received by me on *(date)* 9/6/2023.

☒ I personally served the summons on this defendant Reginald Kincer at *(place)* 2506 Tamarind Grove Run The Villages on *(date)* 9-7-2023; or

☐ On *(date)* _____ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, and I mailed a copy to the individual's last known address; or

☐ I delivered a copy of the summons to *(name of individual)* _____ who is authorized to receive service of process on behalf of *(name of organization)* _____ on *(date)* _____ and I mailed a copy to the organization's last known address within the district or to its principal place of business elsewhere in the United States; or

☐ The summons was returned unexecuted because: _____

I declare under penalty of perjury that this information is true.

Date returned: 9/7/2023

Server's signature: S/A Terri Botterbusch HSI

Printed name and title: S/A Terri Botterbusch HSI

Remarks:

AO 83 (Rev. 06/09) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | |
|---|---|
| United States of America<br>v.<br>REGINALD ODELL KINCER<br><br>Defendant | )<br>)<br>) Case No. 5:23-cr-84-GAP-PRL<br>)<br>)<br>)<br>) |

## SUMMONS IN A CRIMINAL CASE

**YOU ARE SUMMONED** to appear before the United States district court at the time, date, and place set forth below to answer to one or more offenses or violations based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☑ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☑ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of Court

| Place: United States District Court<br>207 N.W. Second Street<br>Ocala, Florida 34475-6666 | Courtroom No.: Courtroom 1A |
|---|---|
| | Date and Time: 09/13/2023 at 10:00 am |

This offense is briefly described as follows:
Receipt of misbranded drugs in interstate commerce, in violation of 21 U.S.C. § 331(c).

Date: 09/05/2023

_M. Taylor_
Issuing officer's signature

ELIZABETH M. WARREN, Clerk of Court
Printed name and title

---

I declare under penalty of perjury that I have:

☐ Executed and returned this summons        ☐ Returned this summons unexecuted

Date: _____                          _____
                                             Server's signature

                                             _____
                                             Printed name and title

At the time of your arraignment, you will be called upon to enter a plea to the charges, and your attorney should be present. Contact the U.S. Pretrial Services Office at 135 West Central Avenue, Orlando, Florida, 32801, (407) 648-6867 or (800) 778-0198, before the scheduled hearing for a Pretrial Services interview.